# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ, <br>         Plaintiff, <br>    v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br>         Defendant. | NO. CV 17-7054-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: November 29, 2018

                                                                      KAREN L. STEVENSON <br>
                                          UNITED STATES MAGISTRATE JUDGE